IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Application of BAYER HEALTHCARE LLC, Petitioner, For an Order Pursuant to 28 U.S.C. 1782 to Take Discovery for Use in Foreign Proceedings, Pursuant to the Federal Rules of Civil Procedure of Respondent Nektar Therapeutics

/

No. C 14-80138 WHA

**ORDER VACATING JULY 17 HEARING AND ORDER APPROVING STIPULATED PROTECTIVE ORDER**

In this miscellaneous discovery matter, on May 29, Nektar Therapeutics filed a motion to quash (Dkt. No. 13). On June 12, Bayer Healthcare LLC filed an opposition and cross motion to compel (Dkt. No. 15). The parties were then ordered to meet and confer in person (Dkt. No. 16).

On June 30, the parties stated: "the parties have resolved their discovery disputes. Accordingly, the parties withdraw their respective motions" (Dkt. No. 17). The parties memorialized their agreement in a proposed order and proposed protective order (Dkt. Nos. 17-1, 17-2). Accordingly, the following is hereby ordered:

1. The motion to quash and motion to compel are **DENIED AS MOOT**. The hearing on July 17 is **VACATED**. The Clerk shall **CLOSE THE FILE**.

2. The stipulated protective order submitted by the parties is hereby **APPROVED**, except the Court will retain jurisdiction over disputes arising from the protective order until August 29, 2014.

**IT IS SO ORDERED.**

Dated: July 1, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE