IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br>BAYER HEALTHCARE LLC, Petitioner,<br>For an Order Pursuant to 28 U.S.C. 1782 to<br>Take Discovery for Use in Foreign<br>Proceedings, Pursuant to the Federal Rules<br>of Civil Procedure of Respondent Nektar<br>Therapeutics<br>_____/ | No. C 14-80138 WHA<br><br>**ORDER SETTING HEARING ON<br>DISCOVERY DISPUTE** |

In this miscellaneous discovery proceeding, Bayer HealthCare LLC filed a discovery letter. This order **SETS A THREE-HOUR MEET AND CONFER** in the Court's jury room (located in the San Francisco courthouse) starting from **8:00 A.M. TO 11:00 A.M.** on **WEDNESDAY, SEPTEMBER 24, 2014**. Please buzz chambers to be let into the jury room. Please bring at least three copies of the relevant discovery requests, responses, and documents.

At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Nektar Therapeutics' response to Bayer's letter is due by **NOON ON SEPTEMBER 23**. Please note that only those lawyers who personally participate in the meet and confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: September 19, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE