IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br>BAYER HEALTHCARE LLC, Petitioner,<br>For an Order Pursuant to 28 U.S.C. 1782 to<br>Take Discovery for Use in Foreign<br>Proceedings, Pursuant to the Federal Rules<br>of Civil Procedure of Respondent Nektar<br>Therapeutics<br>_____/ | No. C 14-80138 WHA<br><br>**ORDER RE SEPTEMBER 24<br>DISCOVERY HEARING** |

In this miscellaneous discovery proceeding, Bayer HealthCare LLC has filed a discovery letter. Nektar Therapeutics has filed a response. A prior order set a hearing for September 24.

At 4:28 p.m. on September 23, Bayer filed a reply stating that because Nektar has "represented that it has reproduced all of the disputed documents . . . . the parties believe their dispute is resolved." Bayer's request to vacate the September 24 hearing is **DENIED**. The parties shall please show up on **SEPTEMBER 24 AT 8:00 A.M.** Please go directly to the courtroom. If the parties have resolved all disputes, they shall so state on the record. If there are remaining issues, the parties may meet and confer in the Court's jury room and be heard as scheduled.

**IT IS SO ORDERED.**

Dated: September 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE