IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br>BAYER HEALTHCARE LLC, Petitioner,<br>For an Order Pursuant to 28 U.S.C. 1782 to<br>Take Discovery for Use in Foreign<br>Proceedings, Pursuant to the Federal Rules<br>of Civil Procedure of Respondent Nektar<br>Therapeutics<br>_____/ | No. C 14-80138 WHA<br><br>**ORDER TO SHOW CAUSE AND ORDER EXTENDING JURISDICTION** |

Bayer HealthCare LLC commenced this miscellaneous discovery proceeding in May 2014. In June 2014, the parties jointly represented that they had reached a "comprehensive agreement concerning discovery. Accordingly, there are no remaining disputes at this time." Jurisdiction was retained until August 29. A September 2014 order then granted a joint motion to extend jurisdiction until October 13. On September 24, the parties appeared for a hearing and represented that they had resolved their discovery dispute.

Now, Bayer represents that on "October 2, after the close of business, Nektar [Therapeutics] produced over 2,100 new documents." By **NOON ON OCTOBER 14**, Nektar shall show cause why this production came so late. Nektar's response shall not exceed three pages. This order extends jurisdiction until October 28, 2014.

**IT IS SO ORDERED.**

Dated: October 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE